IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

VS.                                                                    CAUSE NO. 3:04CR165LSu

QUANTAS D. TURNER                                                             DEFENDANT

### ORDER

Before the court for consideration is defendant's "Motion for JNOV, or for New Trial". The court finds that the motion is without merit and should be denied. Accordingly, IT IS HEREBY ORDERED that defendant's motion is denied.

ORDERED this the 16th day of February, 2006.


/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE